MICRON TECHNOLOGY, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND
LG SEMICON CO. LTD., AND LG SEMICON AMERICA, INC., DEFENDANT-
INTERVENORS

Court No. 97–02–00205

(Dated August 23, 1999)

## JUDGMENT ORDER

GOLDBERG, *Judge:* Upon consideration of the Department of Commerce, International Trade Administration's *Final Results of Redetermination Pursuant to Court Remand, Micron Technology, Inc. v. United States, Slip Op. 99–29 (March 25, 1999),* July 16, 1999 ("Remand Results"), of defendant-intervenor LG Semicon's comments on the Re-

---

mand Results, of defendant United States's comments on the Remand Results, and all other papers filed herein, it is hereby

ORDERED that the Remand Results are sustained in all respects; and it is further

ORDERED that, all other issues having been previously decided in this case, judgment is entered in accordance with the Court's opinion in *Micron Technology, Inc. v. United States*, 23 CIT 208, 40 F. Supp.2d 481 (1999).